**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 1:11-cv-07889

In re NCAA Student-Athlete Name Likeness Licensing Litigation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Big Ten Network, as non-party intervenor

| | |
|---|---|
| NAME (Type or print) <br> Debbie L. Berman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Debbie Berman | |
| FIRM <br> Jenner & Block LLP | |
| STREET ADDRESS <br> 353 North Clark Street | |
| CITY/STATE/ZIP <br> Chicago, IL 60654 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> IL Bar # 6205154 | TELEPHONE NUMBER <br> 312-923-2764 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |