United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE NCAA STUDENT-ATHLETE NAME
LIKENESS LICENSING LITIGATION,

No. M 11-80300 CW

ORDER OF
REFERENCE TO
MAGISTRATE JUDGE

_____/

     Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the two pending motions to compel and **all further discovery motions** filed in the above-captioned case are referred to Magistrate Judge Cousins.  Counsel will be advised of the date, time and place of appearance by notice from Magistrate Judge Cousins.

Dated: 1/4/2012

                                        CLAUDIA WILKEN
                                        United States District Judge

cc:  MagRef; NC