UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION** | Case No. 11-mc-80300 CW (NC)<br>*Related to* 11-mc-01967 CW (NC)<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. Nos. 2, 26 |

Two motions to compel are pending before this Court: (1) Plaintiffs' motion to compel non-party Big Ten Conference to produce documents pursuant to a subpoena, Dkt. No. 2; and (2) Plaintiffs' motion to compel non-party Big Ten Network to produce documents pursuant to a subpoena, Dkt. No. 26. *See* Dkt. No. 38. By January 25, 2012, Big Ten Conference may file an opposition to Dkt. No. 2 and Big Ten Network may file an opposition to Dkt. No. 26. Plaintiffs may file replies by February 1, 2012. After briefing on the motions is complete, the Court may set a date for a hearing on the motions if such a hearing is necessary.

IT IS SO ORDERED.

DATED:   January 6, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-mc-80300 CW (NC)
ORDER SETTING
BRIEFING SCHEDULE