IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME AND LIKENESS LICENSING LITIGATION, _____/ | No. C 09-1967 CW<br>No. MC 11-80300 CW<br>No. MC 12-80020 CW<br><br>ORDER SETTING BRIEFING SCHEDULE FOR ANTITRUST PLAINTIFFS' MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDERS OF MAGISTRATE JUDGE |

On August 21, 2012, Antitrust Plaintiffs filed a motion requesting relief from non-dispositive pretrial orders entered by a Magistrate Judge on February 27, 2012 and August 7, 2012, in which the Magistrate Judge issued sanctions against Antitrust Plaintiffs related to their subpoenas requesting documents from nonparties The Big Ten Conference, The Big Ten Network and Fox Broadcasting Company.[1]

---

[1] Antitrust Plaintiffs previously timely filed a motion for relief from the February 27, 2012 order. On March 19, 2012, the Court set a briefing schedule on their first motion for relief. In the February 27, 2012 order, the Magistrate Judge gave The Big Ten Conference, The Big Ten Network and Fox Broadcasting Company leave to file a motion for sanctions against Antitrust Plaintiffs, and they subsequently did so. After noting that, in their opposition to the motions for sanctions, Antitrust Plaintiffs had raised before the Magistrate Judge many of the same arguments that they made in their motion for relief and sought the same relief, the Court denied Antitrust Plaintiffs' motion for relief without prejudice to renewal after the Magistrate Judge had ruled on the pending motions for sanctions. The Magistrate Judge did so in the August 7, 2012 order, and Plaintiffs filed the instant motion thereafter.

Pursuant to Local Rule 72-2, the Court hereby sets a briefing schedule for this motion as follows:

Fox Broadcasting Company, The Big Ten Conference and The Big Ten Network may each file an opposition to Antitrust Plaintiffs' second motion for relief, of five pages or less within five days of the date of this order.  Antitrust Plaintiffs may file a reply, of three pages or less, to each opposition within three days thereafter.  Antitrust Plaintiffs, Fox Broadcasting Company, The Big Ten Conference and The Big Ten Network need not repeat the same arguments made in their briefing related to Antitrust Plaintiffs' first motion for relief.

The Court will decide Antitrust Plaintiffs' second motion for relief on the papers.

IT IS SO ORDERED.

Dated:  8/24/2012

CLAUDIA WILKEN
United States District Judge

2